[Cite as *Warlin v. Seranno*, 2014-Ohio-187.]

COURT OF APPEALS
DELAWARE COUNTY, OHIO
FIFTH APPELLATE DISTRICT

| | | |
|---|---|---|
| CHAD WARLIN | : | JUDGES: |
| | : | Hon. W. Scott Gwin, P.J. |
| Relator | : | Hon. Sheila G. Farmer, J. |
| | : | Hon. Patricia A. Delaney, J. |
| -vs- | : | |
| | : | Case No. 13 CAD 10 0075 |
| | : | |
| FOOD SERVICE MANAGER | : | O P I N I O N |
| SERANNO, ET AL | : | |
| | : | |
| Respondents | : | |

CHARACTER OF PROCEEDING:              Writ of Mandamus


JUDGMENT:                                              DISMISSED


DATE OF JUDGMENT:                              January 21, 2014


APPEARANCES:

For Relator                                               For Respondents

Chad Warlin #07880-040                        JOHN J. STARK
P.O. Box 33                                            Assistant United States Attorney
Terre Haute, Indiana 47808                    303 Marconi Blvd., Suite 200
                                                              Columbus, OH  43215

*Farmer, J.*

{¶1}   Relator, Chad Warlin, has filed a Petition for Writ of Mandamus against certain federal prison employees.  Warlin seeks to have this Court order Respondents to correct alleged food service violations.  Respondents have filed a motion to dismiss.

{¶2}   To be entitled to the issuance of a writ of mandamus, the Relator must demonstrate: (1) a clear legal right to the relief prayed for; (2) a clear legal duty on the respondent's part to perform the act; and, (3) that there exists no plain and adequate remedy in the ordinary course of law. *State ex rel. Master v. Cleveland* (1996), 75 Ohio St.3d 23, 26-27, 661 N.E.2d 180; *State ex rel. Harris v. Rhodes* (1978), 5 Ohio St.2d 41, 324 N.E.2d 641, citing State *ex rel.National City Bank v. Bd. of Education (1977) 520 Ohio St.2d 81, 369* N.E.2d 1200.

{¶3}   A prerequisite to issuing a writ of mandamus is for this Court to have jurisdiction over the named respondents.  All respondents are located in the state of Indiana.  All respondents are employees of the federal prison system.  This Court lacks jurisdiction to order the named respondents to perform any acts.

{¶4}    For these reasons, the Motion to Dismiss is granted.  The Petition for Writ of Mandamus is dismissed.

By Farmer, J.

Gwin, P.J. and

Delaney, J. concur.

SGF/as 106